**STATE of Louisiana ex rel. Don SLUDER**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50529.

May 4, 1970.

In re: Don Sluder applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.